IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:20-cv-197-M

| | |
|---|---|
| NELSON B. MCDANIEL, </br></br>    Plaintiff, </br></br>vs. </br></br>SELECTIVE INSURANCE GROUP, INC., and SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST, </br></br>    Defendants. | **ORDER GRANTING JOINT MOTION TO APPEAR TELEPHONICALLY AT NON-FINAL RULE 16 PRE-TRIAL CONFERENCE** |

THIS MATTER comes before the Court on Plaintiff and Defendants' Joint Motion to Appear Telephonically at the Non-Final Rule 16 Pre-Trial Conference scheduled for May 11, 2021. The Court, having considered the Motion, finds sufficient cause to grant the Motion.

The Motion [DE #23] is hereby GRANTED and the Plaintiff and the Defendants shall attend the non-final Rule 16 pre-trial conference telephonically on May 11, 2021. Dial-in instructions will be noticed by the Clerk on the case docketing system.

SO ORDERED this the 10th day of May 2021.

*Kimberly A. Swank*
Kimberly A. Swank
United States Magistrate Judge